UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CURTIS WILLIAMS,

                Plaintiff,

-against-

NEW YORK,

                Defendant.

1:18-CV-8353 (CM)

CIVIL JUDGMENT

        Pursuant to the order issued January 15, 2020, dismissing this action as frivolous, for failure to state a claim on which relief may be granted, and for seeking monetary relief from a defendant that is immune from such relief,

        IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed as frivolous, for failure to state a claim on which relief may be granted, and for seeking monetary relief from a defendant that is immune from such relief. 28 U.S.C. § 1915(e)(2)(B)(i), (ii), (iii).

        The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

        IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:  January 15, 2020
           New York, New York

                                      COLLEEN McMAHON
                                      Chief United States District Judge